

Adam P Thursby, Esq. (SBN 318465)
Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
**GHIDOTTI | BERGER LLP**
1920 Old Tustin Ave.,
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottiberger.com

The following constitutes the order of the Court.
Signed: April 29, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorney for Secured Creditor
U.S. Bank Trust National Association,
as Trustee of the Igloo Series III Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br>**MARY ELLEN SIERRA,**<br><br>Debtor. | CASE NO.: 13-55774<br><br>CHAPTER 13<br><br>RS No.: MRG-100<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: April 25, 2019<br>Time: 1:00 p.m.<br>Ctrm: 3020<br>Place: 280 S. First Street<br>San Jose, CA<br><br>Judge: M. Elaine Hammond |

    The motion of U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable M. Elaine Hammond. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

**IT IS HEREBY ORDERED** that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of U  U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, in the real property commonly known as 41 Flintwell Way, San Jose, CA 95138.

**IT IS FURTHER ORDERED** that US Bank Trust N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

**IT IS FURTHER ORDERED** that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**IT IS FURTHER ORDERED** that the co-debtor stay is terminated on the same terms as the automatic stay.

**IT IS FURTHER ORDERED** that U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, may contact the Debtors to comply with California Civil Code §2923.5.  U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | None |