Fill in this information to identify the case:

Debtor 1  Mary Ellen Sierra

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of California
                                                              (State)

Case number  13-55774

# Form 4100R
## Response to Notice of Final Cure Payment           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 0 7

**Property address:** 41 Flintwell Way
Number    Street

San jose, CA 95138
City     State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                         (a) $ 34,090.08

b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ 0.00

c. **Total**. Add lines a and b.                                                            (c) $ 34,090.08

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 11 / 1 / 2015
MM / DD / YYYY

| Debtor 1 | Mary Ellen Sierra | | | Case number (if known) 13-55774 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Kristin A. Zilberstein
Signature

Date 12/20/2018

Print: Kristin A. Zilberstein
First Name    Middle Name    Last Name

Title: Authorized Agent for Creditor

Company: The Law Offices of Michelle Ghidotti

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number        Street

Santa Ana, CA 92705
City          State    ZIP Code

Contact phone (949) 427-2010

Email: kzilberstein@mghidotti.com

| BK Case | 13-55774 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | |
|---|---|---|---|---|---|
| BK Filing Date | 10/31/2013 | | | | |
| First Post pet date | 11/1/2013 | | | | |
| **Pmt Change Filed** | **Filing Date** | **Effective date** | **Amount** | | |
| POC pmt Filed | 2/27/2014 | 10/1/2013 | $ 782.36 | | |
| Pmt Change Filed | 11/7/2014 | 12/1/2014 | $ 1,071.69 | | |
| Pmt Change Filed | 2/19/2015 | 2/1/2015 | $ 1,071.68 | | |
| Pmt Change Filed | 6/26/2017 | 8/1/2017 | $ 2,381.46 | | |
| Pmt Change Filed | 8/9/2017 | 9/1/2017 | $ 2,561.76 | | |
| **Date Rcvd** | **Amount Rcvd/Rvd** | | **Amount Due** | **Due Date** | **Suspense** |
| 10/05/2016 | $145.46 | | | | $ 145.46 |
| 12/02/2016 | $1,200.00 | | $ 1,071.68 | 4/1/2015 | $ 273.78 |
| 04/26/2017 | $1,200.00 | | $ 1,071.68 | 5/1/2015 | $ 402.10 |
| 4/17/2018 | $1,500.00 | | $ 1,071.68 | 6/1/2015 | $ 830.42 |
| 7/25/2018 | $1,500.00 | | $ 1,071.68 | 7/1/2015 | $ 1,258.74 |
| 10/2/2018 | $1,500.00 | | $ 1,071.68 | 8/1/2015 | $ 1,687.06 |
| 11/20/2018 | $1,500.00 | | $ 1,071.68 | 9/1/2015 | $ 2,115.38 |
| | | | $ 1,071.68 | 10/1/2015 | $ 1,043.70 |
| | due | | $ 1,071.68 | 11/1/2015 | $ -27.98 |
| | | | $ 1,071.68 | 12/1/2015 | $ -1,099.66 |
| | | | $ 1,071.68 | 1/1/2016 | $ -2,171.34 |
| | | | $ 1,071.68 | 2/1/2016 | $ -3,243.02 |
| | | | $ 1,071.68 | 3/1/2016 | $ -4,314.70 |
| | | | $ 1,071.68 | 4/1/2016 | $ -5,386.38 |
| | | | $ 1,071.68 | 5/1/2016 | $ -6,458.06 |
| | | | $ 1,071.68 | 6/1/2016 | $ -7,529.74 |
| | | | $ 1,071.68 | 7/1/2016 | $ -8,601.42 |
| | | | $ 1,071.68 | 8/1/2016 | $ -9,673.10 |
| | | | $ 1,071.68 | 9/1/2016 | $ -10,744.78 |
| | | | $ 1,071.68 | 10/1/2016 | $ -11,816.46 |
| | | | $ 1,071.68 | 11/1/2016 | $ -12,888.14 |
| | | | $ 1,071.68 | 12/1/2016 | $ -13,959.82 |
| | | | $ 1,071.68 | 1/1/2017 | $ -15,031.50 |
| | | | $ 1,071.68 | 2/1/2017 | $ -16,103.18 |
| | | | $ 1,071.68 | 3/1/2017 | $ -17,174.86 |
| | | | $ 1,071.68 | 4/1/2017 | $ -18,246.54 |
| | | | $ 1,071.68 | 5/1/2017 | $ -19,318.22 |
| | | | $ 1,071.68 | 6/1/2017 | $ -20,389.90 |
| | | | $ 1,071.68 | 7/1/2017 | $ -21,461.58 |
| | | | $ 2,381.46 | 8/1/2017 | $ -23,843.04 |
| | | | $ 2,561.76 | 9/1/2017 | $ -26,404.80 |
| | | | $ 2,561.76 | 10/1/2017 | $ -28,966.56 |
| | | | $ 2,561.76 | 11/1/2017 | $ -31,528.32 |
| | | | $ 2,561.76 | 12/1/2017 | $ -34,090.08 |

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
U.S. Bank Trust National Association,
as Trustee of the Igloo Series III Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 13-55774 |
| **MAR ELLEN SIERRA,** | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

Case: 13-55774   Doc#   Filed: 12/20/18   Entered: 12/20/18 11:35:58   Page 4 of 5
CERTIFICATE OF SERVICE

On December 20, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Mary Ellen Sierra | Devin Derham-Burk |
| 41 Flintwell Way | P.O. Box 50013 |
| San Jose, CA 95138 | San Jose, CA 95150-0013 |
| | |
| **Debtors' Counsel** | **U.S. Trustee** |
| Scott J. Sagaria | Office of the U.S. Trustee / SJ |
| Law Offices of Scott J. Sagaria | U.S. Federal Bldg. |
| 3017 Douglas Blvd. #200 | 280 S 1st St. #268 |
| Roseville, CA 95661 | San Jose, CA 95113-3004 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on December 20, 2018 at Santa Ana, California

/s / *Steven P. Swartzell*
Steven P. Swartzell

2

Case: 13-55774   Doc#   Filed CERTIFICATE OF SERVICE 12/20/18 11:35:58   Page 5 of 5